No. 1000, Misc.   COPPERSMITH *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 1005, Misc.   LUDDY *v.* CONNECTICUT.   Superior Court of Connecticut, Hartford County.   Certiorari denied.

No. 1006, Misc.   HUGHES *v.* RICHMOND, WARDEN.   Superior Court of Connecticut, Hartford County.   Certiorari denied.

No. 1010, Misc.   CLARK *v.* WARDEN, MARYLAND PENITENTIARY.   C. A. 4th Cir.   Certiorari denied.

No. 1028, Misc.   PETERSON *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1033, Misc.   SHELTON *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1036, Misc.   JOHNSTONE *v.* NASH, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 1041, Misc.   SPURLOCK *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1047, Misc.   STAFFORD *v.* CALIFORNIA ET AL.   District Court of Appeal of California, Second Appellate District.   Certiorari denied.